**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**PATRICIA GATSON**                                                                                        **PLAINTIFF**

**VS.**                                   **Case No. 04-CV-1093**

**JIM PRIDE and H & R BLOCK, Inc.**                                    **DEFENDANTS**

## JUDGMENT

      Before the Court are Separate Defendant Jim Pride's ("Pride") Motion to Dismiss (Doc. 8) and H & R Block, Inc.'s ("H & R Block") Motion to Dismiss (Doc. 27). Gatson has responded to Pride's Motion (Doc. 12) and to H & R Block's Motion (Doc. 30). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds the motions should be and hereby are **granted**. This lawsuit is hereby dismissed **with prejudice** as to Jim Pride and **without prejudice** as to H & R Block, Inc.

      **IT IS SO ORDERED** this 24th day of August, 2005.


                                                 /s/ Harry F. Barnes
                                                    Hon. Harry F. Barnes
                                                    U.S. District Judge